IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM L. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 13 CV 9176 |
| | ) | |
| v. | ) | Hon. Matthew F. Kennelly |
| | ) | Judge Presiding |
| ILLINOIS DEPARTMENT OF HUMAN SERVICES, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT IDHS' MOTION FOR JUDGMENT ON THE PLEADINGS

NOW COMES Defendant, ILLINOIS DEPARTMENT OF HUMAN SERVICES ("IDHS"), by and through its attorney, LISA MADIGAN, Illinois Attorney General, and pursuant to Federal Rules of Civil Procedure 12(c), hereby moves for judgment on the pleadings. In support thereof, Defendant states as follows:

1. Plaintiff, *pro-se*, filed his Complaint against these Defendants alleging a violation of 42 U.S.C. § 1983, based upon his alleged failure to receive benefits from IDHS. *See* CM/ECF Doc. No. 1.

2. The Plaintiff's Complaint consists of a handwritten form with approximately ten (10) handwritten sentences that lack a prayer for relief. This Court denied Defendant's motion for a more definite statement and Defendant filed an answer on or about September 30, 2014.

1

3. Despite the best efforts of counsel for Defendant and counsel appointed to Plaintiff for settlement purposes, the settlement conference held on December 11, 2014 proved unsuccessful.

4. After further review of the Complaint and its underlying facts, Defendant concludes that the complaint fails as a matter of law.

5. Under Federal Rules of Civil Procedure 12(c), a party may move to dismiss a claim once the pleadings are closed.

WHEREFORE, based on the foregoing, and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant IDHS respectfully requests that this Court dismiss the complaint with prejudice.

|  |  |
|---|---|
| LISA MADIGAN<br>Attorney General of Illinois | Respectfully Submitted,<br><br>*s/ Shirley R. Calloway*<br>SHIRLEY R. CALLOWAY<br>Assistant Attorney General<br>General Law Bureau<br>100 W. Randolph St., 13th Floor<br>Chicago, Illinois 60601<br>(312) 814-5581 |